# Court of Appeals
# of the State of Georgia

ATLANTA,___July 15, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0424. LONNY IRELAND v. THE STATE.**

On April 4, 2014, the trial court denied Lonny Ireland's motion for resentencing. On June 19, 2014, Ireland filed this application for discretionary appeal. We lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Ireland filed his application 76 days after entry of the trial court's order denying his motion for resentencing.[1] Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] After the trial court denied his motion for resentencing, Ireland filed a motion for reconsideration. The court denied that motion on May 6, 2014. The motion for reconsideration did not extend the time to appeal from the trial court's April 4 order, and the order denying that motion is not subject to appellate review. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Moreover, Ireland's application would also be untimely from the order denying his motion for reconsideration.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/15/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

             *, Clerk.*